United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 16, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-80095 |
| WALKER HOSPITALITY LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### SHOW CAUSE ORDER

The debtor filed this Chapter 11 case on May 13, 2022. In federal courts, it is well established that a corporation cannot proceed *pro se* and must be represented by counsel. The corporate debtor in this case is not currently represented by an attorney.

**THEREFORE, IT IS ORDERED** that an agent for Walker Hospitality LLC appear and show cause why this case should not be dismissed due to the corporate debtor's failure to be represented by an attorney.

**IT IS FURTHER ORDERED** that a hearing to address the terms of this show cause order shall be held at 11:00 a.m. on June 1, 2022, in Courtroom 403, 515 Rusk Street, Houston, Texas.

**Parties should consult the Court's website for instructions on appearing in court.[1] Parties may appear in person or virtually by video.**

**SO ORDERED**.

SIGNED 05/16/2022

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman