United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-80095 |
| WALKER HOSPITALITY LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

This matter is before the Court on the Application to Pay Filing Fee in Installments (ECF No. 2) filed by the *pro se* debtor. Federal Rule of Bankruptcy Procedure 1006(b) allows for an application to pay filing fee in installments if a voluntary petition is filed by **an individual**. As the debtor is not an individual, it is not allowed to pay the fee in installments.

**THEREFORE, IT IS ORDERED** that the Application to Pay Filing Fee in Installments is denied. The filing fee in full must be paid on or before May 20, 2022, or this case will be dismissed sua sponte for the failure to pay the filing fee.

SIGNED 05/16/2022

_____
Jeffrey Norman
United States Bankruptcy Judge