| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS** | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>May 15, 2023<br>Nathan Ochsner, Clerk |

In Re: Walker Hospitality LLC

**Debtor(s)**

Case No.: 22–80095

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Janet S Casciato–Northrup is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/15/23

_____
Jeffrey P. Norman
United States Bankruptcy Judge